**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**FRANK STUTTS HARRIS**                                                **PLAINTIFF**

**V.**                                                **NO. 4:25-CV-167-DMB-JMV**

**UNITED STATES, et al.**                                                **DEFENDANTS**

**ORDER**

On February 24, 2026, United States Magistrate Judge Jane M. Virden issued a report ("R&R") recommending that this case be dismissed. Doc. #9. The R&R warned that "[f]ailure to timely file written objections to the proposed findings, conclusions and recommendations contained in this report [within fourteen days] will bar an aggrieved party, except upon grounds of plain error, from attacking on appeal unobjected-to proposed factual findings and legal conclusions accepted by the district court." *Id.* at 3–4. No objections to the R&R were filed.

Under 28 U.S.C. § 636(b)(1)(C), "[a] judge of the court shall make a de novo determination of those portions of the report … to which objection is made." "[P]lain error review applies where, as here, 'a party did not object to a magistrate judge's findings of fact, conclusions of law, or recommendation to the district court' despite being 'served with notice of the consequences of failing to object.'" *Ortiz v. City of S.A. Fire Dep't*, 806 F.3d 822, 825 (5th Cir. 2015) (quoting *United States ex rel. Steury v. Cardinal Health, Inc.*, 735 F.3d 202, 205 n.2 (5th Cir. 2013)). "[W]here there is no objection, the Court need only determine whether the [R&R] is clearly erroneous or contrary to law." *United States v. Alaniz*, 278 F. Supp. 3d 944, 948 (S.D. Tex. 2017) (citing *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989)).

Because the Court reviewed the R&R for plain error and concludes the R&R is neither clearly erroneous nor contrary to law, the R&R [9] is **ADOPTED** as the order of this Court. This

2

case is **DISMISSED without prejudice**.

     **SO ORDERED**, this 16th day of March, 2026.

                      **/s/Debra M. Brown**
                      **UNITED STATES DISTRICT JUDGE**